**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ramon Luis JUSINO Jr., Petitioner**

**No. 279 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Mark HANKIN and Industrial Real**
**Estate Management, Inc., d/b/a**
**Hanmar Associates, MLP**

v.

**CLARIANT CORPORATION and Kion**
**Defense Technologies, Inc.**

**Petition of: Clariant Corporation**

**No. 223 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Margie BLOOME, Petitioner**

v.

**SILVER STREET DEVELOPMENT**
**CORPORATION, Hill–Top Edwards-**
**ville, LP, Michael Simmons, Respon-**
**dents**

**No. 189 MAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.